## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA,            )
                                     )
      Plaintiff,            )
                                     )
v.                                   )            No.  3:12-00187
                                     )            Chief Judge Haynes
TORREON OTEY,                        )
                                     )
      Defendant.            )

## O R D E R

The plea hearing in this action is **re-set for Monday, December 17, 2012 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the _____ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court